The Court

affirmed the former judgment, and awarded full costs to the defendant arising after the appeal.
ADDITIONAL NOTE.
[See Abbott vs. Wiley, 17 Pick. 321. — Sawyer vs. Bancroft, 21 Pick. 210.— Williams vs. Veazie, 8 Greenl. 106, — Sampson vs. Seavey, 8 Greenl. 138. — Brewer vs. Curtis, 3 Fairf. 51. — Burrill vs. Martin, 3 Fairf. 345. — Brown vs. Keith, 2 Shepl. 396. — Duncan vs. Sylvester, 1 Shepl. 438. — Ballantine vs. Taylor, 1 Nev. & P. 219. — Watkins vs. Mahon, 1 Mees. &. W. 722. — Edwards vs. Jones, 2 Mees. & W. 414. — Cross vs. Collins, 5 Bing. N. S.194. — F. H.]